IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 10-cv-608-JPG |
| ) | |
| JOSEPH MUIR, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff United States of America and against Defendant Joseph Muir in the amount of $66,048.59 (total as of June 29, 2010), plus interest at the rate of 8.25% from June 29, 2010, to November 16, 2010;

IT IS FURTHER ORDERED AND ADJUDGED that court costs are awarded to the plaintiff United States of America in the amount of $350.00 and that post judgment interest shall accrue on the foregoing amount.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

**Date: November 16, 2010**

**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**